UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

------------------------------------------------------------------x

MIKE C. HAWLEY,

                          Plaintiff,

-against-

C.O. PHILLIP of O.B.C.C./ C.P.S.U. # 3778, C.O. CAPTAIN
SULLIVAN of O.B.C.C/ C.P.S.U. #302, C.O. GATON of
O.B.C.C./ C.P.S.U. #15843

                          Defendants.

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

07 Civ. 09257 (GBD)

------------------------------------------------------------------x

**WHEREAS,** plaintiff Mike C. Hawley commenced this action by filing a complaint on or about October 16, 2007, alleging that defendants violated his constitutional rights; and

**WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

    1. The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

    2. The City of New York hereby agrees to pay plaintiff Mike C. Hawley the sum of **One Thousand Dollars ($1,000.00)** in full satisfaction of all claims, including claims for costs, fees and expenses. In consideration for the payment of this sum, plaintiff Mike C. Hawley agrees to dismissal with prejudice of all claims against defendants, and to

- 2 -

release all defendants, and any present or former employees or agents of the City of New York, and the New York City Department of Correction, from any and all liability, claims, or rights of action under state or federal law arising from and contained in the complaint in this action, including claims for costs, expenses or attorneys fees.

    3.    Plaintiff Mike C. Hawley shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above, and an Affidavit of No Liens.

    4.    Nothing contained herein shall be deemed to be an admission by defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

    5.    Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York, or the New York City Department of Correction.

6. This Stipulation and Order, comprising three typewritten pages, contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto or to vary the terms and conditions contained herein.

Dated: New York, New York
July 17, 2008

| | |
|---|---|
| Mike C. Hawley<br>Plaintiff *Pro Se*<br>378 Throop Avenue<br>Brooklyn, NY 11221<br>(718) 782-1191<br><br>By: _____<br>Mike C. Hawley | MICHAEL A. CARDOZO<br>Corporation Counsel<br>  of the City of New York<br>Attorney for Defendants Caryl Phillip, Brian<br>Sullivan and Gerard Gaton<br>100 Church Street, Room 3-183<br>New York, N.Y. 10007<br>(212) 788-0893<br><br>By: _____<br>Philip S. Frank (PF-1690)<br>Assistant Corporation Counsel<br>Special Federal Litigation Division |

SO ORDERED:   JUL 2 2 2008

_____
Honorable George B. Daniels
United States District Judge, S.D.N.Y.
**HON. GEORGE B. DANIELS**